

# NUMBER 13-14-00655-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

ALBERTO R. GARZA AND LETICIA I. GARZA,
AS NEXT FRIENDS OF ALEXANDRA I. GARZA
AND KASSANDRA R. GARZA,                                    **Appellants,**

**v.**

MELDEN & HUNT, INC.,                                              **Appellee.**

---

### On Appeal from the 92nd District Court
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

**Before Justices Benavides, Perkes, and Longoria**
**Memorandum Opinion Per Curiam**

Appellants, Alberto R. Garza and Leticia I. Garza, as next friends of Alexandra I.

Garza and Kassandra R. Garza, perfected an appeal from a judgment entered by the

92nd District Court of Hidalgo County, Texas, in cause number C-928-08-A. Appellants

have filed an unopposed motion to dismiss the appeal on grounds that appellants no

longer wish to pursue an appeal of the order that is the subject of this appeal. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
12th day of March, 2015.